IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFERIES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:17-CV-0332-D |
| | § | |
| WTW INVESTMENT COMPANY LTD, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that judgment is entered declaring that plaintiff Jefferies LLC ("Jefferies") is not required to arbitrate the claims asserted against it by defendants in the arbitration now pending before the Financial Industry Regulatory Authority ("FINRA"), captioned *Toby Wilson, Paula Turnbull Knox, William Stanton, Janet Stanton, et al. v. WFG Investments, Inc. and Jefferies LLC*, FINRA Office of Dispute Resolution Arbitration No. 16-03688 ("the Arbitration").

It is further ordered and adjudged that defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are permanently enjoined from proceeding against Jefferies in the Arbitration.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason

for delay and directs the clerk of court to enter this as a final judgment.

    Done at Dallas, Texas July 31, 2017.

                                              _____
                                              SIDNEY A. FITZWATER
                                              UNITED STATES DISTRICT JUDGE